**Order entered April 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01191-CR

**RODNEY EUGENE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-75894-M**

## ORDER

The Court **REINSTATES** the appeal.

On March 25, 2016, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel requested preparation of the record on September 11, 2015; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka stated that although she had previously received an extension of time to file the record, she has not filed it due to her workload; and (6) Ms. Baraka requested an additional thirty days from the April 4, 2016 findings to file the record.

We **ORDER** court reporter Belinda Baraka to file the reporter's record by **MAY 4, 2016**. We note the record was originally due by Monday, December 28, 2016, and Ms. Baraka did not file her extension request until the record was more than a month overdue. Accordingly, no further extensions will be granted. If the complete record, including all exhibits admitted into evidence, is not filed by May 4, 2016, we will order that Belinda Baraka not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Earnest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE